UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFERY CARNEY,

    Petitioner,

v                                           Case No. 4:04-cv- 4

WILLIE O. SMITH,                    Hon. Wendell A. Miles

    Respondent.
_____/

## ORDER OF DISMISSAL

The petition is dismissed without prejudice for failure to exhaust state remedies.

So ordered this 21st day of March, 2006.

                                                       /s/ Wendell A. Miles
                                                    Wendell A. Miles
                                                    Senior U.S. District Judge